

January 11, 2006

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

Ms. Nancy Mayer-Whittington,
Clerk of Court,
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Jeffrey F. Robertson
Direct Tel (202) 263-3254
Direct Fax (202) 263-5254
jfrobertson@mayerbrownrowe.com

Re: *Securities and Exchange Commission v. Gregory N. Champe*, No. 05-CV-2445(PLF)

Dear Ms. Whittington:

On behalf of Defendant Gregory N. Champe, enclosed is a check payable to the Clerk of Courts for $54,875, pursuant to the final judgment entered against Mr. Champe on December 28, 2005.

Please contact me if you have any questions concerning this matter.

Sincerely,

Jeffrey F. Robertson

Enclosure

cc:   Reed Muoio, Esq.

```
======NO REFUND WITHOUT RECEIPT======
  CHECK TENDERED $         $54,825.00
       54,825.00
  ===== T O T A L ======
       54,825.00
 604700     REGISTRY FUND
 CASE # 05-2445        1
              SEC VS G CHAMPE
======NO REFUND WITHOUT RECEIPT======
  DC   1-2 TAM       Receipt # 141461
  01/19/06                 11:12:42 AM
            WASHINGTON D.C.
         U.S. DISTRICT COURT
```

Berlin Brussels Charlotte Chicago Cologne Frank...                                                       ...n, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

| | |
|---|---|
| **GREGORY N. CHAMPE**<br>3513 CEPHAS WAY  PH. 859-296-2838<br>LEXINGTON, KY  40503 | 73-151/421<br>00331244      **3014**<br>DATE _JANUARY 3, 2006_ |

PAY TO THE ORDER OF _CLERK OF THE COURT_   $ _54,825.00_

_FIFTY FOUR THOUSAND EIGHT HUNDRED TWENTY FIVE AND 0/100_ DOLLARS

**Traditional Bank**
LEXINGTON, KENTUCKY 40507

MEMO _SETTLEMENT (SEC)_    _Gregory N. Champe_

⑈042101514⑈ 00331244⑈ 3014