UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - x
                                      )
SECURITIES AND EXCHANGE COMMISSION    )
100 F Street N.E.                     )
Washington, DC 20549                  )   1:05-cv-02445-PLF
                                      )
            Plaintiff,                )
      v.                              )
                                      )
GREGORY N. CHAMPE                     )
            Defendant.                )
                                      )
- - - - - - - - - - - - - - - - - - - x

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR PAYMENT TO TREASURY**

Plaintiff Securities and Exchange Commission ("the Commission") moves for an order directing payment of funds presently in the Registry of the Court to the United States Treasury. Counsel for the defendant Gregory Champe has told counsel for the SEC that Mr. Champe does not oppose this motion.

In support of its Motion, the Commission is also filing a brief and proposed Order.

Dated: August **8**, 2006

*Reid A. Muoio*

Peter H. Bresnan
Cheryl J. Scarboro
Reid A. Muoio
Brent S. Mitchell

Attorneys for Plaintiff
Securities and Exchange
  Commission
100 F Street NE
Washington, DC 20549-6030

(202) 551-4495 (tel/Mitchell)

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2006, I served the foregoing instrument on all adverse parties by causing a true and correct copy to be sent by Federal Express to:

Jeffrey F. Robertson
Mayer, Brown, Rowe & Maw LLP
1909 K Street NW
Washington, DC  20006-1101
Tel: 202-263-3000

[signature]