UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

---------------------------x
                           )
SECURITIES AND EXCHANGE COMMISSION )
100 F Street N.E.          )
Washington, DC 20549       )   1:05-cv-02445-PLF
                           )
            Plaintiff,     )
       v.                  )
                           )
GREGORY N. CHAMPE          )
            Defendant.     )
                           )
---------------------------x

**ORDER DIRECTING PAYMENT TO TREASURY**

On the unopposed Motion of Plaintiff Securities and Exchange Commission, it is hereby **ORDERED** that the Clerk of this Court pay the $54,825 presently being held in the Registry in connection with the above captioned case, together with any interest accrued thereon, by check to the order of the Comptroller, Securities and Exchange Commission, 100 F Street NW, Washington, DC 20549, under cover letter identifying the caption and case number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury. Copies of such check and accompanying cover letter shall be simultaneously transmitted to Brent Mitchell, Staff Attorney, Securities

and Exchange Commission, 100 F Street NE, Washington D.C., 20549-6030

It is hereby further **ORDERED** that upon receipt of such funds, the Comptroller, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury.

Dated: _____, 2006

_____
United States District Court Judge