UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - x
                                        )
SECURITIES AND EXCHANGE COMMISSION      )
100 F Street N.E.                       )
Washington, DC 20549                    )   1:05-cv-02445-PLF
                                        )
            Plaintiff,                  )
      v.                                )
                                        )
GREGORY N. CHAMPE                       )
            Defendant.                  )
                                        )
- - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brent Mitchell as counsel in this case for the Securities and Exchange Commission.

Dated: August 11, 2006
Bar ID: 464083

_/s/ Brent Mitchell_

Reid A. Muoio
Brent S. Mitchell

Attorneys for Plaintiff
Securities and Exchange
   Commission
100 F Street NE
Washington, DC 20549-6030

(202) 551-4495 (tel/Mitchell)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11TH day of August, 2006, I served the foregoing instrument on all adverse parties by causing a true and correct copy to be sent by first class mail to:

Jeffrey F. Robertson
Mayer, Brown, Rowe & Maw LLP
1909 K Street NW
Washington, DC  20006-1101
Tel: 202-263-3000